

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of C.G.B. and H.F.B., Children

No. 06-19-00042-CV

Appeal from the 115th District Court of Upshur County, Texas (Tr. Ct. No. 185-18). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellants pay all costs of this appeal.

RENDERED OCTOBER 24, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk